1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8

9   Tommie Lee Henderson,                         No. CV-15-00592-PHX-GMS

10                     Petitioner,                **ORDER**

11  v.

12  Charles L. Ryan, et al.,

13                     Respondents.

14

15          Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and

16  United States Magistrate Judge James F. Metcalf's Report and Recommendation

17  ("R&R").  Docs. 1, 31.  The R&R recommends that the Court dismiss the Petition

18  without prejudice.  Doc. 31 at 18.  The Magistrate Judge advised the parties that they had

19  fourteen days to file objections to the R&R and that failure to file timely objections could

20  be considered a waiver of the right to obtain review of the R&R.  *Id.* at 18 (citing Fed. R.

21  Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

22          The parties did not file objections, which relieves the Court of its obligation to

23  review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

24  (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

25  not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

26  determine de novo any part of the magistrate judge's disposition that has been properly

27  objected to.").  The Court has nonetheless reviewed the R&R and finds that it is well-

28  taken.  The Court will accept the R&R and dismiss the Complaint without prejudice.  *See*

28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.      Magistrate Judge Metcalf's R&R (Doc. 31) is **accepted**.

2.      Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed without prejudice**.

3.      The Clerk of Court shall **terminate** this action.

4.      Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 13th day of November, 2015.

Honorable G. Murray Snow
United States District Judge